

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-16-00146-CV
_____

IN THE MATTER OF THE MARRIAGE OF COLETTE WILEY AND PHILLIP J. WILEY
AND IN THE INTEREST OF P.C.W. AND P.J.W., CHILDREN

On Appeal from the 324th District Court
Tarrant County, Texas
Trial Court No. 324-521962-12, Honorable Jerome S. Hennigan, Presiding

May 20, 2016

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Appellant Colette Wiley, appearing *pro se*, has filed a motion to voluntarily dismiss her appeal. Without passing on the merits of the case, we grant the motion pursuant to Texas Rule of Appellate Procedure 42.1(a) and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Per Curiam